IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson,  )
           Plaintiff,  )  2:11-cv-02773-GEB-CKD
                    )
    v.  )  ORDER CONTINUING STATUS
                    )  (PRETRIAL SCHEDULING)
Marcos A. Flores, Individually  )  CONFERENCE
and d/b/a Mi Musica Latina,  )
           Defendant.*  )

        Plaintiff states in his Status Report filed February 13, 2012: "Defendant Marcos Flores has been served, but has not answered. Plaintiff has contacted the process server for the service on this Defendant. . . . Once Plaintiff receives the summons returned on Defendant Marcos A. Flores, Plaintiff will file a Request for Clerk's Entry of Default." (ECF No. 7, 2:14-17, 3:18-20.)

        Plaintiff shall file a motion for entry of default judgment before the Magistrate Judge within forty-five (45) days of the date on which this Order is filed. If Plaintiff fails to timely file the motion, Plaintiff shall show cause in writing no later than April 2, 2012, why this action should not be dismissed for failure of prosecution.

        Further, the status conference scheduled for hearing on February 27, 2012, is continued to commence at 9:00 a.m. on August 20, 2012. A status report shall be filed fourteen (14) days prior to the

---

* The caption has been amended according to Plaintiff's Request re Dismissal of Defendants Ramon Guerrero and Silvia Guerrero without prejudice. (ECF No. 5.)

1

status conference in which Plaintiff is required to explain the status of the default proceedings.

IT IS SO ORDERED.

Dated:  February 16, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge