IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson,                )
                                 )   2:11-cv-02773-GEB-CKD
         Plaintiff,              )
                                 )
     v.                          )   ORDER OF DISMISSAL
                                 )
Marcos A. Flores, Individually   )
and d/b/a Mi Musica Latina,      )
                                 )
         Defendants.             )
_____  )

        Plaintiff filed a Notice of Settlement on April 27, 2012, in which he stated, "the parties have settled this action[, and d]ispositional documents will be filed within (30) calendar days." (ECF No. 14.) Therefore, an "Order Re: Settlement and Disposition" was filed on April 30, 2012, which directed the parties to file a dispositional document no later than May 29, 2012. (ECF No. 15.) The April 30, 2012 Order notified the parties that the failure to timely file a dispositional document could lead to dismissal of the action. Id. Plaintiff subsequently requested extensions of time to file a dispositional document until July 18, 2012. (ECF Nos. 16, 17.)

///

///

///

1      Since no dispositional document has been filed, and Plaintiff
2 has not provided any reason for the continued pendency of this action,
3 this action is dismissed without prejudice.
4      IT IS SO ORDERED.

Dated: July 19, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge