IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson,          )
                           )    2:11-cv-02773-GEB-CKD
        Plaintiff,         )
                           )
     v.                    )    ORDER OF DISMISSAL
                           )
Marcos A. Flores, Individually )
and d/b/a Mi Musica Latina, )
                           )
        Defendants.        )
_____)

Plaintiff filed a Notice of Settlement on April 27, 2012, in which he stated, "the parties have settled this action[, and d]ispositional documents will be filed within (30) calendar days." (ECF No. 14.) Therefore, an "Order Re: Settlement and Disposition" was filed on April 30, 2012, which directed the parties to file a dispositional document no later than May 29, 2012. (ECF No. 15.) The April 30, 2012 Order notified the parties that the failure to timely file a dispositional document could lead to dismissal of the action. Id. Plaintiff subsequently requested extensions of time to file a dispositional document until July 18, 2012. (ECF Nos. 16, 17.)

///
///
///

Since no dispositional document has been filed, and Plaintiff has not provided any reason for the continued pendency of this action, this action is dismissed without prejudice.

IT IS SO ORDERED.

Dated: July 19, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge